Martin F. Casey (MFC-1415)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o SCANDINAVIAN DESIGNS, INC.

          Plaintiff,               2008 Civ.

    - against -

M/V HANNOVER EXPRESS, etc et al.,        **FRCP RULE 7.1**
                                                          **DISCLOSURE STATEMENT**

         Defendants,
-------------------------------------------------------------X

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o SCANDINAVIAN DESIGNS, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. SCANDINAVIAN DESIGNS, INC. is a not a publicly traded company.

Dated: New York, New York
       March 20, 2008

                                                     CASEY & BARNETT, LLC
                                                   Attorneys for Plaintiff

                                      By: _____
                                           Martin F. Casey (MFC-1415)
                                           317 Madison Avenue, 21st Floor
                                           New York, NY 10017
                                           (212) 286-0225