```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
et al

                  Plaintiff,

    - against -

M/V HANNOVER EXPRESS etc et al.

                Defendants
------------------------------------------------------------X

08 Civ. 2927 (AKH)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

The above entitled matter having been settled,

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      April 18, 2008
      299-270

                                        CASEY & BARNETT, LLC
                                        Attorneys for Plaintiff

                        By: _____
                                        Martin F. Casey (MFC-1405)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225

SO ORDERED: 6/24/08

_____